﻿Citation Nr: 19172648
Decision Date: 09/19/19 Archive Date: 09/18/19

DOCKET NO. 16-14 050
DATE: September 19, 2019

ORDER

The appeal with regard to entitlement to service connection for tinnitus is dismissed.

FINDING OF FACT

On February 2019, prior to the promulgation of a decision in the appeal, the Board received notification from the Veteran in person at a hearing before the undersigned Veterans Law Judge that a withdrawal of this appeal is requested.

CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the Veteran have been met. 38 U.S.C. § 7105(b)(2), (d)(5); 38 C.F.R. § 20.204.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active military service from November 1968 to April 1970.

This claim comes to the Board from a rating decision of the Department of Veterans Affairs (VA) Regional Office (RO).

The Veteran was provided with a hearing before the undersigned on February 2019. A copy of the transcript has been associated with the claims file and reviewed accordingly.

At the outset, it is noted that the Board received clarification from the Veteran and his representative that the only issue he desired to appeal was service connection for tinnitus. He never intended for an appeal of any other issues to include hearing loss or an eye disability. As such, the scope of the February 2019 Board hearing was limited to such inquiry.

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. In the present case, the Veteran throughout an in-person appearance before undersigned Veterans Law Judge has withdrawn this appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. The Veteran was explained the consequences of such withdrawal and affirmatively accepted responsibility for such. The decision to withdraw was informed and voluntary. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.

 

 

H. N. SCHWARTZ

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board R. Dodd, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.